AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. J. F. I. CONSTRUCTION CO., INC., and Others, Defendants. ABE FREDERICKS and Others, Appellants; BECKER DANOWITZ and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

AMERICAN TRUST COMPANY, as Trustee, etc., Respondent, v. THE STRAND BUILDING CORPORATION and Others, Defendants, and NEWPO THEATRES, INC., Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

B. & B. APPETIZING DISTRIBUTORS, INC., Respondent, v. WILLIAM HOFFMAN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WACIL BIBLE, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANTHONY CIANCIULLI, Respondent, v. CONGREGATION SONS OF ISRAEL, INC., and Others, Appellants. (Actions 1 and 2.) * — Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CITIZENS' FINANCE CORPORATION, Appellant, v. ANDREW W. AHERN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARTIN DE MASCO, Respondent, v. BEE LINE, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS DUBNER, Respondent, v. JAMAICA PUNTINE LEASEHOLD CORPORATION, Defendant, and TOMA DEVELOPMENT CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Time of defendant, appellant, to answer extended until ten days after the determination of the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

GIBRALTER CREDIT CORPORATION, Appellant, v. DE BELLIS REALTY CORPORATION, Appellant. BERTRAND ETTINGER, Receiver, Respondent, and Others, Defendants.— Motion to vacate order dated May 9, 1930, denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

BENJAMIN GREENBAUM, Respondent, v. CLINTON MOTORS CORPORATION, a New York Corporation, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.